UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 07mj2693 |
| ) | |
| v. ) | |
| ) | |
| AURELIO DE LOS SANTOS-MENDOZA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

>   United States Attorney's Office
>   880 Front Street
>   San Diego, CA  92101


Dated:  November 26, 2007          /s/ John C. Ellis, Jr.
                                   JOHN C. ELLIS, JR.
                                   Federal Defenders
                                   225 Broadway, Suite 900
                                   San Diego, CA 92101-5030
                                   (619) 234-8467  (tel)
                                   (619) 687-2666  (fax)
                                   john_ellis@fd.org